IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company LLC, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> Certain Underwriters at Lloyds, London, Kiln Syndicate 510, </br></br> Defendant. | No. CV-23-01150-PHX-SPL </br></br> **ORDER** |

Having reviewed the Notice of Voluntary Dismissal (Doc. 13),

**IT IS ORDERED** that this matter is **dismissed with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 20th day of September, 2023.

Honorable Steven P. Logan
United States District Judge